IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS
EASTERN DIVISION

**23CV3380**
**JUDGE COLEMAN**
**MAGISTRATE JUDGE JANTZ**
**RANDOM**

GERALD WITHERSPOON

VS

PEOPLE OF THE STATE OF ILLINOIS

CIVILNO :

FILED
MAY 30 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PETITION TO REMOVE FROM THE STATE TO THE FEDERAL COURT PURSUANT 28 U.S.C.Ss 1441 & 28 U.S.C. Ss1446

NOW COMES GERALD WITHERSPOON in his own proper persona sui juris and moves this honorable court as following: PETITION TO REMOVE FROM THE STATE TO THE FEDERAL COURT PURSUANT TO 28 U. S. C Ss 1441 & 28 U. S. C. Ss 1446

### JURISDICTION

JURISDICTION IS INVESTED IN THIS COURT PURSUANT TO 28 U.S.C. Ss 1334 & 28 U.S.C. Ss 1343

### VENUE

VENUE IS INVESTED IN THIS COURT PURSUANT TO 28 U.S.C Ss 1391

RECEIVED
MAY 30 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### PLAINTIFF

PLAINTIFF can be served all documents at GERALD WITHERSPOON 1606 EAST 50th place Chicago IL 60615

### DEFENDANT

STATE OF ILLINOIS CAN BE SERVED AT 2650 S. California Chicago , IL 60608

## STATEMENT OF FACTS

1. The Petitioner is charged with 720 ILCS 5.9/12-3.05-E-1 class X type F offense 725 ILCS 5.0/110-3 INSURANCE OF WARRANT class Z - 720 ILCS 5/ 8-4 ATTEMPTED - ROBBERY- ARM W / FIREARM .
2. The petitioner invoked his six amendment rights to proceed pro se pursuant to 6th amendment.
3. The court granted the petitioner requested but did not investigate the reason why the defendant/ petitioner wanted to proceed pro se.
4. The petitioner asked the public defender who represented petitioner in the case for five years. Did not file one pretrial motions nor did she go over the discovery with the petitioner.
5. Petitioner tried to inform the judge about this matter and the court continued to deny his request to speak.
6. On March 27 2023 petitioner caused a pretrial petition to be filed challenging the unconstitutionality of his arrest based upon a bare bones affidavit of complaint.
7. The state court has adopted the principles of violating citizens rights to a fair trial .
8. The petitioner attaches a copy of the writ as an exhibit.
9. The petitioner's fundamental rights have been violated under the 14th amendment; No state shall deny no citizen due process nor equal protection of the law.
10. The petitioner states irreparable injuries are a factor in this case because every citizen charged with a crime has the right to challenge the arrest.
11. The court denied the petitioner the very rights.

**WHEREFORE**
Petitioner requesting this court to grant the above petition.


RESPECTFULLY SUBMITTED,
GERALD WITHERSPOON

5/30/23