# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Gerald Witherspoon,

Plaintiff(s),

v.

People of the State of Illinois,

Defendant(s).

Case No. 23 CV 3380
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: After screening plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court dismisses the lawsuit with prejudice and denies his application for leave to proceed in forma pauperis [3].

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman.

Date: 6/9/2023                                    Thomas G. Bruton, Clerk of Court

                                                  Yvette Montanez, Deputy Clerk